UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSSIE LEE SLAUGHTER,

                Plaintiff,

v.

DAN WHITE, *et al*.,

                Defendants.

Case No. C16-1067-RSM

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's second amended complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1)     The Report and Recommendation is approved and adopted.

(2)     Plaintiff's second amended complaint and this action are DISMISSED, with prejudice, as to defendants Dan White, Jack Warner, Timothy Chase, Michelle Wood, Erik Jackson, Michael Obenland, Michael Clayton, Tanya Browne; Kathryn Grey, Aaron Heineman, Sergeant Packwood, Sergeant Ayala, J. Asen, Jason Neely, C.M. Laughlin, Katrina Jackson, C/O Blackmar, C/O Stringham, C/O Johnson, C/O Webb, Kate Bright, Harold Archibald, Lisa

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION - 1

Anderson, Lee Stemler, Dale Caldwell, C/O White, C/O Tammy, and Richard Morgan, for failure of plaintiff to state any claim upon which relief may be granted under 42 U.S.C. § 1983. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

(2) Judge Donohue shall issue a service order directing service of plaintiff's second amended complaint on defendants Brittany West, Lance Rogers, S. Ewing, P.A. Shirley, and C/O Jones.

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 9th day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING DEFENDANTS
FROM CIVIL RIGHTS ACTION - 2