UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSSIE LEE SLAUGHTER,

                Plaintiff,

v.

DAN WHITE, *et al.*,

                Defendants.

Case No. C16-1067-RSM-JPD

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion for default judgment. The Court, having reviewed plaintiff's motion, and the balance of the record, hereby ORDERS as follows:

(1) Plaintiff's motion for default judgment (Dkt. 46) is DENIED. Plaintiff asserts in his motion that he is entitled to entry of a default judgment against defendants because defendants failed to file a timely response to his second amended complaint. However, the record makes clear that plaintiff's second amended complaint has not yet been served on defendants and, thus, defendants have not had an opportunity, nor any obligation, to respond to the pleading. Plaintiff's request for entry of a default judgment is therefore premature.

ORDER DENYING PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT - 1

(2) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

DATED this 14th day of June, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT - 2