UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>                  Plaintiff,<br><br>      v.<br><br>DAN WHITE, *et al.*,<br><br>                  Defendants. | CASE NO. C16-1067 RSM-JPD<br><br>ORDER DENYING OBJECTIONS TO MAGISTRATE JUDGE ORDER |

This matter comes before the Court on Plaintiff Ossie L. Slaughter's "Objection to the Magistrate Judge's Order Granting Defendant's Motion for More Definite Statement." Dkt. #65. On August 17, 2017, an Order was issued by the Honorable James P. Donohue, United States Magistrate Judge, directing Plaintiff to file, no later than October 2, 2017, a more definite statement detailing his claims against only the five remaining defendants remaining in this action. *See* Dkt. #62. Plaintiff brings this Motion under Rule 72(a). Rule 72(a) allows a party whose case is before a magistrate judge to "serve and file objections" to an order addressing nondispositive matters. These objections are to be heard by the district judge in the case, who is to "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).

ORDER DENYING OBJECTIONS TO MAGISTRATE
JUDGE ORDER - 1

Plaintiff offers much argument about the merits of his case, but does not adequately explain why the underlying Magistrate Judge's Order is "clearly erroneous" or "contrary to law." *See* Fed. R. Civ. P. 72 (a). Plaintiff argues that requiring a more definite statement "would also cause Mr. Slaughter, and his civil complaint undue prejudices, and allows the defendant's [sic] and their coworkers the opportunities [sic] to continue retaliating against Mr. Slaughter…" Dkt. #65 at 12.

Plaintiff need not present arguments about the merits of his case at this juncture—he must set forth why the Magistrate Judge's Order directing Plaintiff to file a more definite statement is clearly erroneous or contrary to law. Plaintiff has failed to do so. The Court is not convinced that being required to file a more definite statement limited to claims against the remaining Defendants could cause undue prejudice to Plaintiff. To the contrary, it should aid everyone involved by moving the case forward more quickly. The Court has reviewed Judge Donohue's Order and finds no basis to modify or set it aside.

Accordingly, having reviewed the relevant briefing, the declarations and exhibits attached thereto, and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Slaughter's "Objection to Magistrate Order," Dkt. #65, is DENIED. Because the deadline to file a more definite statement has passed, the Court amends the deadline to **November 14, 2017**. The remainder of Judge Donohue's Order, Dkt. #62, remains in effect. This matter continues to be referred to Judge Donohue.

Dated this 24 day of October, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING OBJECTIONS TO MAGISTRATE
JUDGE ORDER - 1