UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSSIE LEE SLAUGHTER,

    Plaintiff,

v.

DAN WHITE, *et al.*,

    Defendants.

Case No. C16-1067-RSM-JPD

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE HIS MORE DEFINITE STATEMENT

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion for an extension of time to file his more definite statement. Defendants do not oppose plaintiff's request for additional time. The Court, having reviewed plaintiff's motion, and the balance of the record, hereby ORDERS as follows:

(1) Plaintiff's motion for a 60 day extension to file his more definite statement (Dkt. 70) is GRANTED. Plaintiff is directed to file his more definite statement not later than ***January 16, 2018***, and is advised that his failure to comply with this deadline may result in a recommendation that this action be dismissed for failure to prosecute.[1]

---

[1] Plaintiff indicates in his motion that he believes the current deadline for filing his more definite statement to be November 24, 2017. However, the record makes clear that the deadline was, in fact, November 14, 2017. (*See*

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE
HIS MORE DEFINITE STATEMENT - 1

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

DATED this 17th day of November, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

---

Dkt. 68.) Sixty days from that date is January 13, 2018, which is a Saturday. Pursuant to Fed. R. Civ. P. 6(a)(1), the new deadline becomes Tuesday, January 16, 2018.

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE
HIS MORE DEFINITE STATEMENT - 2