UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>                Plaintiff,<br><br>      v.<br><br>DAN WHITE, *et al.*,<br><br>                Defendants. | CASE NO. C16-1067 RSM-JPD<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS |

This matter comes before the Court on Plaintiff Slaughter's Motion for Extension of Time to File Objections. Dkt. #70. This Motion, among other things, requests a 60-day extension of time to file Objections to the Report and Recommendation ("R&R") issued on November 2, 2017, due to difficulty in accessing his legal materials. Defendants do not oppose this request. Dkt. #71.

The Court finds good cause for this extension and ORDERS that Plaintiff's Motion for Extension of Time to File Objections (Dkt. #70) is GRANTED. Plaintiff shall have until **January 22, 2018**, to file Objections. This matter continues to be referred to the Honorable James P. Donohue, United States Magistrate Judge.

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS - 1

Dated this 28 day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS - 1