# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

OSSIE SLAUGHTER,

        Plaintiff,

v.

DAN WHITE, *et al.*,

        Defendants.

Case No. C16-1067 RSM

ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

The Court has reviewed plaintiff's second amended complaint, plaintiff's motion for preliminary injunctive relief, the November 2, 2017 Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, Plaintiff's January 18, 2018, Motion for Clarification and for Extension of Time, and the remaining record. To the extent that Plaintiff requests additional time to file Objections to the above Report and Recommendation, the Court finds that Plaintiff fails to set forth sufficient good cause for a second extension of time. Furthermore, Plaintiff did not file the request sufficiently in advance of the deadline for the

ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTIVE RELIEF - 1

Court to rule prior to the deadline, and Plaintiff did not comply with the deadline by filing objections. *See* LCR 7(j). Accordingly, the Court hereby finds and ORDERS:

(1) The Report and Recommendation (Dkt. #69) is approved and adopted and Plaintiff's motion for preliminary injunctive relief (Dkt. #67) is DENIED.

(2) Plaintiff's Motion for Clarification and for Extension of Time (Dkt. #76) remains to be considered by the Honorable James P. Donohue, United States Magistrate Judge.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 2nd day of February 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTIVE RELIEF - 2