UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>                Plaintiff,<br><br>   v.<br><br>DAN WHITE, *et al.*,<br><br>                Defendants. | Case No. C16-1067-RSM-JPD<br><br>ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO FILE MORE DEFINITE STATEMENT |

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's third motion for an extension of time to file his more definite statement. Defendants have filed a response to plaintiff's motion indicating that they have no objection to the brief extension requested. The Court, having reviewed plaintiff's motion, and the balance of the record, hereby finds and ORDERS as follows:

(1) Plaintiff's third motion for an extension of time to file his more definite statement (Dkt. 79) is GRANTED. Plaintiff requests in his motion that he be granted a six day extension of the previously established March 28, 2018 deadline to file his more definite statement. Plaintiff cites limitations on law library access at the Clallam Bay Corrections Center as the

ORDER GRANTING PLAINTIFF'S THIRD
MOTION FOR EXTENSION OF TIME TO FILE
MORE DEFINITE STATEMENT - 1

primary justification for the requested extension.  Though the Court previously advised plaintiff it would grant him no further extensions to file his more definite statement, the requested extension is brief, defendants do not oppose the extension, and the extension appears warranted under the circumstances cited by plaintiff in his motion.

(2) The Clerk is directed to file plaintiff's more definite statement which was received by the Court on April 1, 2018.  Defendants shall file an answer, or other responsive pleading, to plaintiff's second amended complaint not later than ***May 4, 2018***.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants and to Chief Judge Martinez.

DATED this 3rd day of April, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge