UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSSIE LEE SLAUGHTER,

      Plaintiff,

 v.

DAN WHITE, *et al.*,

      Defendants.

Case No. C16-1067-RSM-JPD

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL DISCOVERY

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion to compel discovery. Defendants oppose plaintiff's motion. The Court, having considered plaintiff's motion, defendants' response thereto, and the balance of the record, hereby ORDERS as follows:

 (1) Plaintiff's motion to compel discovery (Dkt. 87) is DENIED. Plaintiff requests in his motion that the Court compel defendants to provide him with discovery because, though he has made a diligent effort to obtain discovery, defendants have made no effort to respond to his requests. Defendants, in their response to plaintiff's motion to compel, note that plaintiff has not yet served any discovery requests on them and they argue that plaintiff's motion should therefore

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL DISCOVERY - 1

be denied. (Dkt. 89.) Plaintiff has provided no evidence that he served any proper discovery requests on defendants. Accordingly, this Court agrees that plaintiff's motion to compel must be denied.

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

DATED this 14th day of August, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge