UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSSIE SLAUGHTER,

        Plaintiff,

   v.

DAN WHITE, *et al.*,

        Defendants.

Case No. C16-1067-RSM

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's third amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, Plaintiff's Objections, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Defendants' motion for summary judgment (Dkt. 84) is GRANTED.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 1

(3) Plaintiff's third amended complaint (Dkt. 82), and this action, are DISMISSED with prejudice as to defendants Brittany West, Mark Jones, and Sheryl Albert for failure to exhaust administrative remedies.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 25 day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE