UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSSIE SLAUGHTER,

        Plaintiff,

v.

DAN WHITE, *et al.*,

        Defendants.

Case No. C16-1067 RSM

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DISMISSING ACTION

The Court, having reviewed plaintiff's third amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the objections filed by Plaintiff and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Defendants' motion for summary judgment (Dkt. 103) is GRANTED.

    (3)    Plaintiff's third amended complaint (Dkt. 82), and this action, are DISMISSED with prejudice as to defendants Lance Rogers and Steve Ewing.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 31st day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 2